UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NICOLE A. CHOWN, ) | |
| ) | Civil No. 07-14686 |
| Plaintiff, ) | |
| ) | Judge Patrick J. Duggan |
| v. ) | |
| ) | Magistrate Judge R. Steven Whalen |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER FOR SENTENCE SIX REMAND

The Court grants the defendant's motion for remand and hereby ORDERS that, pursuant to the sixth sentence of 42 U.S.C. §405(g), this action be remanded to the Commissioner, Social Security Administration for appropriate further action.

IT IS SO ORDERED.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: February 5, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 5, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager